# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   Docket No. 2:05-CR-19-1F

BEVERLY M. PARKER

On Tuesday, August 3, 2010, the above named was placed on supervised release for a period of 3 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 7^A day of December, 2012.

James C. Fox
Senior U.S. District Judge